```
LAW OFFICES OF MARK E. MERIN
Mark E. Merin, SBN. 043849
Jeffrey I. Schwarzschild, SBN. 192086
2001 P Street, Suite 100
Sacramento, California  95814
Telephone:  (916) 443-6911
Facsimile:  (916) 447-8336
E-mail: mark@markmerin.com

Attorneys for Plaintiffs

MITCHELL, BRISSO, DELANEY & VRIEZE
Nancy K. Delaney, SBN 70617
William F. Mitchell, SBN 159831
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502
Telephone: (707) 443-5643
Facsimile: (707) 444-9586
E-mail:  ndelaney@mitchelllawfirm.com

Attorneys for Defendants
```

—o0o—

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| ELIN SPELLMAN, on behalf of herself and all those similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>HUMBOLDT COUNTY, HUMBOLDT COUNTY SHERIFF GARY PHILP, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, HUMBOLDT COUNTY SHERIFF'S DEPARTMENT, HUMBOLDT COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 50, AND ROES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | CASE NO:   C 05-0568 SBA<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR CONDUCTING AN EARLY NEUTRAL EVALUATION ("ENE") SESSION;  ORDER**<br><br>**COMPLAINT FILED:**   February 8, 2005<br>**TRIAL DATE:**   Not Set |

Page 1 of 2

ELIN SPELLMAN, et al. v. HUMBOLDT COUNTY, et al.                                                                                     USDC, Northern District, Case No.C 05-0568 SBA
STIPULATION FOR ORDER TO EXTEND DEADLINE FOR ENE SESSION; [PROPOSED] ORDER

The parties to this action stipulate and jointly request the Court issue an Order extending the deadline for conducting an Early Neutral Evaluation ("ENE") session from September 15, 2005, to October 21, 2005.  This extension is necessary to accommodate the schedule of counsel and the ENE evaluator.

DATED: August 31, 2005                Respectfully submitted,

                                          LAW OFFICE OF MARK E. MERIN

                                          BY: /s/
                                                Jeffrey I. Schwarzschild
                                                Attorneys for Plaintiffs

DATED: August 31, 2005                Respectfully submitted,

                                        MITCHELL, BRISSO, DELANEY & VRIEZE

                                          BY: /s/
                                                Nancy K. Delaney
                                                Attorneys for Defendants

**ORDER**

IT IS HEREBY ORDERED that the deadline for conducting an ENE session is extended from September 15, 2005, to and including October 21, 2005.

DATED:  September 14, 2005

                                        HONORABLE SAUNDRA BROWN ARMSTRONG
                                        UNITED STATES DISTRICT COURT JUDGE
                                        IN AND FOR THE NORTHERN DISTRICT

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Saundra B. Armstrong]