UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIN SPELLMAN, ) | |
| ) | |
| Plaintiff(s), ) | No. C05-0568 SBA (BZ) |
| ) | |
| v. ) | **ORDER RE OVERDUE PAPERS** |
| ) | |
| HUMBOLDT COUNTY, et al., ) | |
| ) | |
| Defendant(s). ) | |

TO: Plaintiffs and defendants and their attorneys of record:

On June 22, 2005, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for May 11, 2006. Your statement was due May 4, 2006. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business Monday, May 8, 2006, the plaintiffs and defendants and their attorneys for record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: May 5, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.06\SPELLMAN.LATE.PAPERS.wpd

1