Nancy K. Delaney, SBN 70617
William F. Mitchell, SBN 159831
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586
E-mail: kradford@mitchelllawfirm.com

Attorneys for Defendants

Mark E. Merin, SBN 43849
Jeffrey I. Schwarzshild, SBN 192086
LAW OFFICE OF MARK E. MERIN
Attorneys at Law
2001 "P" Street, Suite 100
Sacramento, CA  95814
Tel: (916) 443-6911
Fax: (916) 447-8336
E-mail: mark@markmerin.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIN SPELLMAN, on behalf of herself and all those similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>HUMBOLDT COUNTY, HUMBOLDT COUNTY SHERIFF GARY PHILP, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, HUMBOLDT COUNTY SHERIFF'S DEPARTMENT, HUMBOLDT COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 50, AND ROES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | CASE NO:  C-05-00568-SBA<br><br>STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND PRE-TRIAL FILINGS; ORDER<br><br>TRIAL DATE: June 19, 2006 |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

0

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND PRE-TRIAL FILINGS;
[PROPOSED] ORDER

1  The parties to this action represent, stipulate and jointly respectfully request the
2  following:
3  1. That the settlement conference presently scheduled before Magistrate Judge
4  Bernard Zimmerman on May 11, 2006, be rescheduled to a Magistrate Judge who is able
5  to hear the settlement conference on **June 12, 2006**, or be vacated.  Defendants are
6  informed that  Magistrate Judge Zimmerman is on vacation from May 15, 2006, through
7  June 6, 2006, and that the Magistrate's calendar is completely booked until July or
8  August, 2006.  The current trial date in this matter is **June 19, 2006**.  The reason for the
9  request is that the hearing on defendants' motion for summary judgment has been
10 rescheduled to May 23, 2006, and settlement discussions will be unproductive and
11 potentially unnecessary, prior to this hearing; and
12 2. That the Court's Order dated April 24, 2006, reschedules the pre-trial
13 conference for **June 13, 2006.**  As instructed, the pre-trial preparation documents are due
14 no later than May 23, 2006 (the current hearing date of defendants' motion for summary
15 judgment), motions in limine and objections to evidence are due no later than May 30,
16 2006, and responses to motions in limine and objections to evidence are due no later than
17 June 6, 2006.  The parties respectfully request that these dates be adjusted slightly to
18 allow the Court time to rule on defendants' motion for summary judgment, as follows:
19 pre-trial preparation documents due no later than **May 26, 2006,** motions in limine and
20 objections to evidence due no later than **June 2, 2006**, and responses to motions in limine
21 and objections to evidence due no later than **June 6, 2006**.
22 DATED:  April 27, 2006                    Respectfully submitted,
23                                            MITCHELL, BRISSO, DELANEY & VRIEZE
24                                            By: _____
25                                                 Nancy K. Delaney
26                                                 Attorneys for Defendants

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1
STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND PRE-TRIAL FILINGS;
[PROPOSED] ORDER

1   DATED:  April 27, 2006              Respectfully submitted,

2                                       LAW OFFICE OF MARK E. MERIN

4                                       By: _____
                                             Mark E. Merin
5                                            Attorneys for Plaintiff

6
                                        * * * * *
7                                       **ORDER**

8   IT IS HEREBY ORDERED that the settlement conference presently scheduled for May 11, 2006, be vacated to be rescheduled, if necessary, after resolution of defendants' motion for summary judgment or [be continued to **June 12, 2006**, at _____ a.m./p.m. before _____] and that the pre-trial preparation documents are due no later than **May 26, 2006,** motions in limine and objections to evidence are due no later than **June 2, 2006**, and responses to motions in limine and objections to evidence are due no later than **June 6, 2006**.

DATED: 5/8/06                           _____
                                        HONORABLE SAUNDRA B. ARMSTRONG
                                        UNITED STATES DISTRICT COURT JUDGE

*[Stamp: DENIED / Saundra B. Armstrong / Judge Saundra B. Armstrong / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND PRE-TRIAL FILINGS;
[PROPOSED] ORDER